

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 2, 2014**

_____
United States Bankruptcy Judge

_____

MOD1 0013.000276

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 10-10019-RLJ-13 |
| TIMOTHY BRYAN HERNANDEZ | DATED: May 1, 2014 |
| CANDI NICOLE HERNANDEZ | ATTORNEY: MONTE J WHITE & ASSOCIATES PC |
| | HEARING DATE: MAY 1, 2014 |

**ORDER APPROVING MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated MARCH 26, 2014. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated MARCH 26, 2014 be and the same is hereby APPROVED, as stated below:

PLAN TERM SHALL BE SHORTENED TO 50 MONTHS.  PLAN BASE SHALL REMAIN $62,714.00.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #

 /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424